1  KAREN P. HEWITT
   United States Attorney
2  CALEB E. MASON
   Assistant United States Attorney
3  California State Bar No. 246653
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5956
   Facsimile:  (619) 235-2757
6  Email: cmason@usa.doj.gov

7  Attorneys for Plaintiff
   United States of America

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cr2961W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| EZEQUIUEL CRUZ-RODRIGUEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

   The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

   <u>Name</u>

   None.

1 | Effective this date, the following attorneys are no longer associated with this case and should
2 | not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):

5 | Name
6 | None.

7 |
8 | Please call me at the above-listed number if you have any questions about this notice.
9 | DATED: September 8, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Caleb E. Mason*

CALEB E. MASON
Assistant United States Attorney

Notice of Appearance
United States v. Cruz-Rodriguez                2                      08cr2961W

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,  )   Case No. 08cr2961W
                      Plaintiff,    )
              v.                )   **CERTIFICATE OF SERVICE**
EZEQUIUEL CRUZ-RODRIGUEZ,    )
                      Defendant.    )

IT IS HEREBY CERTIFIED THAT:

    I, Caleb Mason, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as counsel for the United States, dated September 8, 2008, and this Certificate of Service, dated September 8, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Rosalind Feral, Esq.**
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2008.

    /s/ *Caleb E. Mason*
    CALEB E. MASON
    Assistant United States Attorney

Notice of Appearance
United States v. Cruz-Rodriguez        3        08cr2961W